IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF OREGON


| | | |
|---|---|---|
| M.D., | ) | CV 02-895-BR |
| | ) | |
|     Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| CORPORATION OF THE | ) | |
| PRESIDENT OF THE CHURCH OF | ) | |
| JESUS CHRIST OF LATTER-DAY | ) | |
| SAINTS AND SUCCESSORS, a | ) | |
| Utah | ) | |
| corporation sole; CASCADE | ) | |
| PACIFIC COUNCIL, BOY SCOUTS | ) | |
| OF AMERICA, an Oregon | ) | |
| public benefit corporation; | ) | |
| and BOY SCOUTS OF AMERICA, | ) | |
| a congressionally chartered | ) | |
| corporation, authorized to | ) | |
| do business in Oregon, | ) | |
| | ) | |
|     Defendants. | | |

DAVID SLADER
DAYNA CHRISTIAN
806 S.W. Broadway Ave., Suite 400
Portland, OR  97205
(503) 243-6336

    Attorneys for Plaintiff


1 - ORDER

**STEPHEN F. ENGLISH**
**DAVID A. ERNST**
Bullivant Houser Bailey P.C.
888 S.W. Fifth Ave., Suite 300
Portland, OR  97204-2089
(503) 228-6351

>   Attorneys for Defendant Corporation of the President
>   of the Church of Jesus Christ of Latter-Day Saints
>   and Successors

**CHARLES T. SMITH**
Mitchell, Lang & Smith
2000 One Main Place
101 S.W. Main Street
Portland, OR  97204
(503) 221-1011

>   Attorneys for Cascade Pacific Council, Boy Scouts of
>   America and Boy Scouts of America

**BROWN, Judge.**

This matter comes before the Court on Plaintiff's Motion to Remand (#8).

Plaintiff brought this action in Multnomah County Circuit Court for the State of Oregon on May 29, 2002, against Defendants Corporation of the President of the Church of Jesus Christ of Latter-Day Saints (the Church), Cascade Pacific Council [of the] Boy Scouts of America (Cascade Pacific), and Boy Scouts of America (BSA).  On July 3, 2002, Defendant Church filed its Notice of Removal in which it asserted this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

2 - ORDER

On September 4, 2002, this Court issued its Opinion and Order in *B.B. v. Corporation of the President of the Church of Jesus Christ of Latter-Day Saints*, CV 02-80-BR, and granted Plaintiffs' Motion to Remand.  The Church admits its arguments here "closely track" the arguments asserted in opposition to remand in *B.B.* and concedes the Court's decision in *B.B.* determines the issues in this case as well.[1]  Plaintiff agrees *B.B.* controls and requires remand.

The Court finds the allegations in this case are substantially the same as those made by the plaintiffs in *B.B.* For the reasons set forth in *B.B.*, the Court concludes it lacks subject matter jurisdiction over this action.  The Court, therefore, **GRANTS** Plaintiff's Motion to Remand (#8).

Accordingly, the Court **REMANDS** this matter to the Multnomah County Circuit Court of the State of Oregon.

IT IS SO ORDERED.

Dated this <u>6th</u> day of November, 2002.

                                                                   _____
                                                                   ANNA J. BROWN
                                                                   United States District Judge

---

[1] Defendants Cascade Pacific and BSA joined in the Church's Memorandum in Opposition to Plaintiff's Motion to Remand.

3 - ORDER